**Richard E. COLLINS**

**v.**

**STATE.**

**No. 0898–88.**

Court of Criminal Appeals of Texas, En Banc.

Sept. 26, 1990.

On Appellant's petition for discretionary review: petition dismissed as improvidently granted.

MILLER, J., dissents.

DAVIS, J., not participating.

**Abel R. GARCIA**

**v.**

**STATE.**

**No. 91–89.**

Court of Criminal Appeals of Texas, En Banc.

Oct. 24, 1990.

MILLER, Judge.

On appellant's petition for discretionary review: dismissed as improvidently granted.

McCORMICK, P.J., concurs in the result.

TEAGUE, J., dissents.

CLINTON, J., dissents with note.

STURNS, J., not participating.

**Michael Gene CRAVEY**

**v.**

**STATE.**

**No. 0900–88.**

Court of Criminal Appeals of Texas, En Banc.

Oct. 31, 1990.

On Appellant's and State's petition for discretionary review: judgment of the Court of Appeals reformed and affirmed on State's petition.

TEAGUE, J., dissents.

STURNS, J., not participating.